IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DION COOPER                                                                                   PLAINTIFF

v.                                       Civil No.: 6:15-CV-06056

BRENT WHITWORTH, *et. al.*                                                            DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 25th day of October 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE